

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2025

No. 04-25-00373-CR

**IN RE** Milton Pernail **WILLIAMS**

Original Proceeding[1]

## ORDER

Sitting:    Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

Relator filed this original petition for writ of habeas corpus on June 9, 2025. The Court does not have original habeas jurisdiction over criminal law matters such as this one. *See* TEX. GOV'T CODE ANN. § 22.221(d). Accordingly, the petition for a writ of habeas corpus is DISMISSED for lack of jurisdiction.

It is so **ORDERED** on June 18, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. B23211, styled *State of Texas vs. Milton Pernail Williams*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Patrick Maguire presiding.